# EXHIBIT A

**From:** Stavridis, Steve (Law)
**To:** Sam Shapiro; Julia Kuan; Sana Mayat
**Cc:** Stavridis, Steve (Law)
**Subject:** RE: [EXTERNAL] RE: Davis_Taub deposition
**Date:** Wednesday, May 29, 2024 9:24:18 AM

**This Message originated outside your organization.**

Good morning,

I think there has been a misunderstanding. I was under the impression you had served a concurrent subpoena to KCDAO as you had for retired ADAs Taub and Chu. When I reached out to KCDAO to discuss scheduling of deposition, I was advised that a 30b6 subpoena was not served upon their office (as had been for Taub and Chu) and that they will insist on a subpoena so that they could seek appropriate limitations to the requested deposition.

Our office cannot compel production of the 30b6 witness you noticed as the KCDAO is not represented by us, is not a named defendant to this action, or a City agency.

Under these circumstances, we have no intentions of seeking an enlargement of time for 30b6 witness deposition but we will not oppose any application you make in this regard. I am available to discuss tomorrow afternoon or Friday if you wish.

Thank you,

Steve

Steve Stavridis
*Senior Counsel*
Special Federal Litigation Division
New York City Law Department
Office of the Corporation Counsel
100 Church Street, Room 3-146
New York, New York 10007
(212) 356-2687
sstavrid@law.nyc.gov

**From:** Sam Shapiro <sshapiro@ecbawm.com>
**Sent:** Tuesday, May 28, 2024 4:54 PM
**To:** Stavridis, Steve (Law) <sstavrid@law.nyc.gov>; Julia Kuan <jkuan@ecbawm.com>; Sana Mayat <smayat@ecbawm.com>

**Subject:** RE: [EXTERNAL] RE: Davis_Taub deposition

Steve,

That's disappointing to hear. We served this notice more than a month ago. Before today, you did not once claim that we needed to subpoena KCDAO. In the May 14 letter to the Court, you did not object to the notice on the basis that we needed to subpoena KCDAO. Now, for the first time, you are claiming a subpoena is needed and we need more time.

As a procedural matter, our position is that you should produce a 30(b)(6) witness within the deadline the Court set. We will oppose any request to adjourn that deadline based on a claim that a subpoena is purportedly necessary.

As a substantive matter, we disagree that a subpoena is necessary. For one thing, you have been representing the KCDAO in this case. Your office has been defending against the *Monell* claims our client has asserted in this lawsuit. You have produced KCDAO documents. And you have represented a former ADA (Judge Chu) and intend to represent another former ADA (Mr. Taub) at their depositions.

As we've mentioned before, the Section 1983 claims asserted against the City of New York arise from the KCDAO's policies governing disclosure of exculpatory material and discipline of personnel, among others. Those policies are the policies of the City itself. *See Ying Jing Gan v. City of New York*, 996 F.2d 522, 536 (2d Cir. 1993) ("the District Attorney has been treated not as a state official but rather as an official of the municipality to which he is assigned."). Where, as here, "the district attorney acts as 'manager' of the District Attorney's office of one of New York City's constituent counties, he may be considered a municipal policymaker for the City of New York." *Id.*; *see also Bellamy v. City of New York*, 914 F.3d 727, 758 (2d Cir. 2019) (holding that the City can be liable for harms inflicted by the Queens County District Attorney's Office).

Please propose some dates for a 30(b)(6) deposition before June 14.

Thanks,
Sam

Sam Shapiro (he/him)
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
phone: 212-763-5059
fax: 212-763-5001
sshapiro@ecbawm.com
www.ecbawm.com

This electronic message contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP that may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you

have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by email (sshapiro@ecbawm.com) immediately.

---

**From:** Stavridis, Steve (Law) <sstavrid@law.nyc.gov>
**Sent:** Tuesday, May 28, 2024 3:54 PM
**To:** Sam Shapiro <sshapiro@ecbawm.com>; Julia Kuan <jkuan@ecbawm.com>; Sana Mayat <smayat@ecbawm.com>
**Subject:** RE: [EXTERNAL] RE: Davis_Taub deposition

**This Message originated outside your organization.**

---

Hello Sam,

KCDAO advises that you will need to issue them a subpoena to produce a witness. As you know, they are not a City agency and we cannot compel them to produce a witness. Ultimately, I think we will need to bring this to the Court's attention and seek more time.

Steve

---

**From:** Sam Shapiro <sshapiro@ecbawm.com>
**Sent:** Tuesday, May 28, 2024 3:04 PM
**To:** Stavridis, Steve (Law) <sstavrid@law.nyc.gov>; Julia Kuan <jkuan@ecbawm.com>; Sana Mayat <smayat@ecbawm.com>
**Subject:** RE: [EXTERNAL] RE: Davis_Taub deposition

Thanks, Steve. Could you please send us some potential dates for the 30(b)(6)?

Sam Shapiro (he/him)
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
phone: 212-763-5059
fax: 212-763-5001
sshapiro@ecbawm.com
www.ecbawm.com

This electronic message contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP that may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by email (sshapiro@ecbawm.com) immediately.

---

**From:** Stavridis, Steve (Law) <sstavrid@law.nyc.gov>
**Sent:** Tuesday, May 28, 2024 10:35 AM

**To:** Sam Shapiro <sshapiro@ecbawm.com>; Julia Kuan <jkuan@ecbawm.com>; Sana Mayat <smayat@ecbawm.com>
**Subject:** RE: [EXTERNAL] RE: Davis_Taub deposition

**This Message originated outside your organization.**

---

Ok- Taub's confirmed for 6-6-24 at 11 am via remote means.

---

**From:** Sam Shapiro <sshapiro@ecbawm.com>
**Sent:** Tuesday, May 28, 2024 10:25 AM
**To:** Stavridis, Steve (Law) <sstavrid@law.nyc.gov>; Julia Kuan <jkuan@ecbawm.com>; Sana Mayat <smayat@ecbawm.com>
**Subject:** [EXTERNAL] RE: Davis_Taub deposition

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

We can do Taub on June 6 so long as we start at 11am. Can you please send us some dates for the 30(b)(6)?

Thanks,
Sam

Sam Shapiro (he/him)
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
phone: 212-763-5059
fax: 212-763-5001
sshapiro@ecbawm.com
www.ecbawm.com

This electronic message contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP that may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by email (sshapiro@ecbawm.com) immediately.

---

**From:** Stavridis, Steve (Law) <sstavrid@law.nyc.gov>
**Sent:** Monday, May 27, 2024 11:32 AM
**To:** Julia Kuan <jkuan@ecbawm.com>; Sana Mayat <smayat@ecbawm.com>
**Cc:** Sam Shapiro <sshapiro@ecbawm.com>
**Subject:** [EXTERNAL] Davis_Taub deposition

**This Message originated outside your organization.**

---

We are both available for June 6, 2024. Please confirm date is ok with you.

Thanks,

Steve

---

**From:** Julia Kuan <jkuan@ecbawm.com>
**Sent:** Wednesday, May 22, 2024 11:17 AM
**To:** Stavridis, Steve (Law) <sstavrid@law.nyc.gov>; Sana Mayat <smayat@ecbawm.com>
**Cc:** Sam Shapiro <sshapiro@ecbawm.com>
**Subject:** RE: [EXTERNAL] Davis Report and Depositions

Unfortunately, I have a conflict that day. Are you and Taub available any other days that week? Can you also give us dates for the 30(b)(6)? The sooner the better for both because of the expert discovery deadline.

Julia P. Kuan
(212) 763-5075
jkuan@ecbawm.com

---

**From:** Stavridis, Steve (Law) <sstavrid@law.nyc.gov>
**Sent:** Tuesday, May 21, 2024 9:38 AM
**To:** Julia Kuan <jkuan@ecbawm.com>; Sana Mayat <smayat@ecbawm.com>
**Cc:** Sam Shapiro <sshapiro@ecbawm.com>
**Subject:** RE: [EXTERNAL] Davis Report and Depositions

**This Message originated outside your organization.**

---

Hi Julia -

I can produce Taub remotely on 6/5/24. Does that work?

---

**From:** Julia Kuan <jkuan@ecbawm.com>
**Sent:** Tuesday, May 21, 2024 9:33 AM
**To:** Stavridis, Steve (Law) <sstavrid@law.nyc.gov>; Sana Mayat <smayat@ecbawm.com>
**Cc:** Sam Shapiro <sshapiro@ecbawm.com>
**Subject:** Re: [EXTERNAL] Davis Report and Depositions

Steve,
Can you let us know as soon as possible whether we can do Taub and the 30(b)(6) depositions during the weeks of May 27 and June 3 so we can plan accordingly? Thank you.

Julia P. Kuan

(212) 763-5075

jkuan@ecbawm.com

---

**From:** Stavridis, Steve (Law) <sstavrid@law.nyc.gov>
**Sent:** Monday, May 20, 2024 2:22 PM
**To:** Sana Mayat <smayat@ecbawm.com>
**Cc:** Julia Kuan <jkuan@ecbawm.com>; Sam Shapiro <sshapiro@ecbawm.com>
**Subject:** RE: [EXTERNAL] Davis Report and Depositions

**This Message originated outside your organization.**

---

Ok to send.

---

**From:** Sana Mayat <smayat@ecbawm.com>
**Sent:** Monday, May 20, 2024 11:51 AM
**To:** Stavridis, Steve (Law) <sstavrid@law.nyc.gov>
**Cc:** Julia Kuan <jkuan@ecbawm.com>; Sam Shapiro <sshapiro@ecbawm.com>
**Subject:** [EXTERNAL] Davis Report and Depositions

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Steve,

Attached is a draft joint status report due today. Please let us know if you have any edits. Also, please let us know when we can schedule the Taub and 30b6 depositions. We would like to complete these depositions within the next three weeks and are available next week, the week of May 27 and the week of June 3. The expert discovery deadline is rapidly approaching, and we need these depositions to determine the scope of our expert discovery.

Thanks,
Sana

**Sana Mayat (she/her)**
Associate
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Ave at Rockefeller Plaza, 10th Floor
New York, NY 10020
phone: 212-763-5000
fax: 212-763-5001
smayat@ecbawm.com